1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CABN 191609)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: hartley.west@usdoj.gov

8  Attorneys for Plaintiff

9
                       UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 09-0569 MHP
                                      )
14 |       Plaintiff,                 )
                                      )   [PROPOSED] ORDER EXCLUDING
15 |       v.                         )   TIME FROM JUNE 22, 2009, TO
                                      )   JULY 27, 2009
16 | SHERRY LYNN HARRINGTON           )
     a/k/a SHERRY LYNN HOWAT,         )
17 |                                  )
           Defendant.                 )
18 |                                  )

19

20         The defendant, Sherry Harrington, represented by Gail Shifman, Esquire, and the

21  government, represented by Assistant United States Attorney Owen Martikan, appeared before

22  the Court on June 22, 2009, for the initial appearance.  Government counsel represented that

23  discovery was ready for production upon a request by counsel, pursuant to Federal Rule of

24  Criminal Procedure 16.  Defense counsel made an oral request for discovery, and the Court

25  ordered its prompt production.

26         The matter was continued to July 27, 2009, at 10:00 a.m. for status.  The Court stated that

27  it would exclude the time between June 22 and July 27, 2009, under the Speedy Trial Act for

28  effective preparation of counsel to permit adequate opportunity to review the discovery.

    ORDER EXCLUDING TIME
    CASE NO. CR 09-0569

1    Accordingly, for good cause shown, the Court finds that failing to exclude the time
2 between June 22 and July 27, 2009, would unreasonably deny counsel the reasonable time
3 necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C.
4 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
5 between June 22 and July 27, 2009, from computation under the Speedy Trial Act outweigh the
6 best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY
7 ORDERED that the time between June 22 and July 27, 2009, shall be excluded from
8 computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

11   DATED: _June 30, 2009_____        _____
12                                      HON. MARILYN H. PATEL
                                        United States District Judge



ORDER EXCLUDING TIME
CASE NO. CR 09-0569                     -2-