```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  HARTLEY M. K. WEST  (CABN 191609)
    Assistant United States Attorney
 5     450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
 6     Telephone:  (415) 436-7200
       Fax: (415) 436-7234
 7     E-Mail: hartley.west@usdoj.gov

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERRY LYNN HARRINGTON ) <br> a/k/a SHERRY LYNN HOWAT, ) <br> ) <br> Defendant. ) | No. CR 09-0569 MHP <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 14, 2009 TO FEBRUARY 9, 2009 |

Defendant Sherry Harrington, represented by Gail Shifman, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court on September 14, 2009, for status and trial setting. The parties and the Court agreed to set a trial date of February 9, 2010, and a status hearing date of October 26, 2009. Defense counsel asked that time be excluded for continuity of counsel, due to her having a number of trials scheduled between now and the end of January 2010, two of which she is confident will proceed. The government did not object to the exclusion and, after advising the defendant that she would not be able to proceed to trial until February 2010 if she wished to keep the same attorney, the Court found such exclusion appropriate.

///

ORDER EXCLUDING TIME
CASE NO. CR 09-0569

1    Accordingly, for good cause shown, the Court finds that failing to exclude the time
2 between September 14, 2009, and February 9, 2010, would unreasonably deny the defendant
3 continuity of counsel, taking into account the exercise of due diligence.  *See* 18 U.S.C.
4 § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
5 between September 14, 2009, and February 9, 2010, from computation under the Speedy Trial
6 Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS
7 HEREBY ORDERED that the time between September 14, 2009, and February 9, 2010, shall be
8 excluded from computation under the Speedy Trial Act.  *See* 18 U.S.C. § 3161(h)(7)(A) and
9 (B)(iv).

12   DATED:   9/15/2009

*IT IS SO ORDERED*

Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER EXCLUDING TIME
CASE NO. CR 09-0569                              -2-