```
GAIL SHIFMAN
Attorney at Law
State Bar No. 147334
44 Montgomery Street, Suite 3850
San Francisco CA 94104
Tel.: 415.551.1500
Fax:  415.551.1502
E-Mail: gail@shifmangroup.com

Attorney for Defendant
SHERRY HARRINGTON
```

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

- - oO - -

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 09-0569 MHP |
| Plaintiff, | [PROPOSED] ORDER EXONERATING BOND |
| vs. | AND RETURNING PASSPORT |
| SHERRY HARRINGTON | |
| Defendant. | |

Having been sentenced on January 25, 2010, Defendant Sherry Harrington's bail is exonerated.  The Clerk's Office shall return her passport.

IT IS SO ORDERED.

Dated: January 27, 2010    _____
                           UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED. Judge Marilyn H. Patel*